IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

06/08/2005

# CASE NO: 04-20293-Ml

USA vs. ERIC LEE BELL

## SEALED DOCUMENT(S) FILED

DOCUMENT #40

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CR-20293 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT