IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -1  PM 4: 30

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        Cr. No. 04-20293 Ml

ERIC LEE BELL,

    Defendant.

### ORDER GRANTING DEFENDANT'S MOTION FOR FURTHER PSYCHIATRIC AND/OR PSYCHOLOGICAL EXAMINATION IN ACCORDANCE WITH 18 U.S.C. §§ 4241, 4242 AND 4245

For good cause shown, and without objection by the government, the Court hereby ORDERS that the Defendant Eric Lee Bell be committed to the custody of the Attorney General for a further psychiatric and/or psychological examination to determine his mental competency to stand trial as well as his mental competency at the time of the alleged offense pursuant to 18 U.S.C. §§ 4241 & 4242. The defendant is also to be examined to determine whether he is suffering a mental desease or defect such that he is in need of care and teatment at a suitable facility. The Court also orders that the time necessary to complete the mental evaluation shall be excluded for purposes of the Speedy Trial Act. The Court requests the evaluation be conducted at either FMC Rochester or FMC Lexington. The Court also directs that the defendant not be sent back to Butner, North Carolina as he was previously examined at that facility.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-2-05



It is so ORDERED this the ___1___ day of November, 2005.

_____
JON PHIPPS McCALLA
United States District Court Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CR-20293 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT