

FILED BY _____ D.C.

05 NOV 29 AM 8: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES GOVERNMENT**
**Federal Bureau of Prisons**
*Federal Medical Center*
*3301 Leestown Road*
*Lexington, Kentucky 40511-8799*

November 14, 2005

NOV 2 6 2005

The Honorable Jon Phipps McCalla
United States District Court Judge
Western District of Tennessee, Western Division
167 North Main Street
Memphis, TN 38103

Re:   BELL, Eric Lee
      Case No. 04-20293 MI
      Reg. No. 19828-076

MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

NOV. 28 2005
DATE

Dear Judge McCalla:

Your court order, dated November 1, 2005, committed Eric Lee Bell to a mental health evaluation pursuant to Title 18, United States Code, Sections 4241 and 4242, to determine his competence to stand trial and his mental state at the time of the alleged offense, and to determine whether he is suffering a mental disease or defect such that he is in need of care and treatment at a suitable facility. Mr. Bell arrived at the Federal Medical Center (FMC) Lexington, Kentucky, on November 10, 2005. Due to the large number of evaluations received at this facility and in order to allow our clinical staff sufficient time to conduct a thorough examination, we are respectfully requesting an extension which would allow us 60 days from the date of the defendant's arrival at FMC Lexington to complete the evaluation. Under such a time frame, the evaluation would be completed by January 9, 2006, and a report would be available to the Court by January 30, 2006.

If you concur with our request, please fax us a new order at (859) 253-8845. We sincerely appreciate your consideration in this matter.

Sincerely,

Stephen M. Dewalt
Warden

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-29-05

51

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20293 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT